NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ESN, LLC**,

Plaintiff-Appellant,

v.

**CISCO SYSTEMS, INC. and CISCO-LINKSYS, LLC,**

Defendants-Appellees.

---

2010-1185

---

Appeal from the United States District Court for the Eastern District of Texas in No. 08-CV-0020, Judge David J. Folsom.

---

**JUDGMENT**

---

PETER J. MCANDREWS, McAndrews, Held & Malloy, Ltd., of Chicago, Illinois, argued for plaintiff-appellant. With him on the brief were GEORGE P. MCANDREWS, HEATHER ANNE BJELLA and GERALD C. WILLIS, JR.

CHARLES K. VERHOEVEN, Quinn Emanuel Urquhart & Sullivanm, LLP of San Francisco, California, argued for defendants-appellees. With him on the brief were VICTORIA F. MAROULIS and KEVIN A. SMITH.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* DYK, AND PROST, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| October 8, 2010 | /s/ Jan Horbaly |
|:---:|:---:|
| Date | Jan Horbaly |
| | Clerk |